UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: CareCentrix, Inc. | Civil Action No. 19-md-2904 (MCA)(MAH)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, by their undersigned counsel, hereby stipulate and agree that any and all claims asserted by Debbie Amico in the above-captioned action against Defendant CareCentrix, Inc. are dismissed with prejudice. Each party shall bear its own fees, costs, and expenses.

This stipulation may be executed and filed in counterparts, with each such counterpart constituting an original.

| | |
|---|---|
| **LITE DEPALMA GREENBERG & AFANADOR, LLC** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| _/s/ Joseph J. DePalma_ | _/s/ Lane W. Davis_ |
| Joseph J. DePalma | Lane W. Davis |
| 570 Broad Street, Suite 1201 | 2 W. Washington St., Suite 400 |
| Newark, New Jersey 07102 | Greenville, South Caroline 29601 |
| Telephone: (973) 623-3000 | Telephone: (864) 373-2297 |
| Facsimile: (973) 623-0858 | Facsimile: (864) 250-2283 |
| jdepalma@litedepalma.com | lane.davis@nelsonmullins.com |
| ***Other Labs Track Co-Lead Counsel*** | ***Attorneys for Defendant CareCentrix, Inc.*** |

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date: 4/29/22

910937.1